**Order entered May 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00294-CV

## IN RE MICHEAL GEROD MCGREGOR, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F99-22740-I**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LESLIE OSBORNE
       JUSTICE